# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | C/A No. 2:09-3141 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| J.R. 'Z NEIGHBORHOOD SPORTS GRILLE, ) | |
| INC., d/b/a/ J.R. 'Z NEIGHBORHOOD SPORTS ) | |
| BAR & GRILLE, and ROLF MUNK, III, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that the Motion for Default Judgment be granted.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).[1] No objections have been filed to the magistrate judge's

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846. Plaintiff was advised in a clear manner that his objections had

report and recommendation.

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation is **AFFIRMED. IT IS ORDERED** that the plaintiff is entitled to statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and judgment be entered against defendants J.R. 'Z Neighborhood Sports Grille, Inc., d/b/a J.R. 'Z Neighborhood Sports Bar & Grille, and Rolf Munk, III, jointly and severally, in the amount of $5,000.00.

**IT IS FURTHER ORDERED** that the plaintiff is entitled to enhanced damages pursuant to 47 U.S.C. §605(e)(3)(C)(ii), and judgment be entered against defendants J.R. 'Z Neighborhood Sports Grille, Inc., d/b/a J.R. 'Z Neighborhood Sports Bar & Grille, and Rolf Munk, III, jointly and severally, in the amount of $15,000.00 for defendants' willful violation of 47 U.S.C. §605(a).

**IT IS FURTHERED ORDERED** that plaintiff is entitled to its costs of litigation, including reasonable attorneys, pursuant to 47 U.S.C. §605(e)(3)(B)(iii), and judgment be entered against defendants J.R. 'Z Neighborhood Sports Grille, Inc., d/b/a J.R. 'Z Neighborhood Sports Bar & Grille, and Rolf Munk, III, jointly and severally, in the amount of $1,069.12 for costs of litigation and $4,050.00 for attorneys' fees, thereby making the Total Judgment Amount $25,119.12.

**AND IT IS SO ORDERED**.

Charleston, South Carolina  
May 6, 2010

David C. Norton  
Chief United States District Judge

---

to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.